UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRENDA RANER, on behalf of herself and all others similarly situated,<br><br>           *Plaintiff*,<br>v.<br><br>KNIGHT BARRY TITLE, INC.<br><br>           *Defendant.* | Case No. 2:24-cv-00211-LA |
| JULIE LEWANDOWSKI, individually, and on behalf of a class of similarly situated persons,<br><br>           *Plaintiff*,<br>v.<br><br>KNIGHT BARRY TITLE, INC.,<br><br>           *Defendant.* | Case No. 2:24-cv-00219-LA |

**ORDER GRANTING**
**UNOPPOSED MOTION FOR CONSOLIDATION OF CASES**

This matter is before the Court on the Unopposed Motion for Consolidation ("Motion") under Federal Rules of Civil Procedure 42 and Civil L. R. 42(a) by Plaintiffs and Defendant in two related cases, *Raner v. Knight Barry Title, Inc.,* No. 2:24-cv-00211-LA ("*Raner*"), and *Lewandowski v. Knight Barry Title, Inc.,* No. 2:24-cv-00219-LA ("*Lewandowski*").

For the reasons in the Parties' Motion, to ensure consistent and efficient adjudications in this Court and conserve the resources of the Court and the parties, and for other good cause shown, the Court hereby GRANTS the Motion, and issues the following orders:

    1.    The *Raner* and *Lewandowski* actions currently pending in this District, and any other action arising out of the same or similar operative facts and allegations now pending or

hereafter filed in, removed to, or transferred to this District shall be consolidated for pre-trial purposes and trial proceedings pursuant to Federal Rule of Civil Procedure 42(a) and Civil L. R. 42(a) before the Honorable Lynn Adelman (hereafter the "Consolidated Action").

2. All papers filed in the Consolidated Action shall be filed under Master File No. 2:24-cv-00211-LA, the number assigned to the first-filed case and reflect the following caption:

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| **IN RE: KNIGHT BARRY TITLE, INC. DATA INCIDENT LITIGATION** | ) ) ) ) ) | Master File No: 2:24-cv-00211-LA |
| **This Document Relates To:** | | |

3. The case file for the Consolidated Action will be maintained under Master File No. 2:24-cv-00211-LA. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, *e.g.*, "No. 2:24-cv-00219 ("*Lewandowski*").".

4. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts and allegations as the Consolidated Action, shall be consolidated with the Consolidated Action for pre-trial purposes. The Parties shall file a "Notice of Related Action" whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District.

5. If the Court determines that the case is related, the clerk shall:

    a. Place a copy of this Order in the separate file for such action;

      b. Serve on Plaintiffs' counsel in the new case a copy of this Order;

      c. Direct that this Order be served upon defendant(s) in the new case; and

      d. Make an appropriate entry in the Master Docket.

6. Plaintiffs shall file a Consolidated Complaint no later than twenty-eight (28) days following the entry of this Order.

7. Defendant shall have forty-five (45) days after the filing of the consolidated class action complaint to answer or otherwise respond.

8. The foregoing is without prejudice to any claims by Plaintiffs or any other defenses on behalf of Defendant.

**IT IS SO ORDERED.**

Date: 3/12/2024                          /s/ Lynn Adelman
                                             HONORABLE LYNN ADELMAN
                                             **UNITED STATES DISTRICT COURT**
                                             **EASTERN DISTRICT OF WISCONSIN**