UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: KNIGHT BARRY TITLE, INC.
DATA INCIDENT LITIGATION

Case No. 2:24-cv-00211-LA

## NOTICE OF A RELATED ACTION

Pursuant to this Court's standing Consolidation Order (Dkt. 4), Plaintiffs Brenda Raner, Julie Lewandowski, and Toby Johnson, by and through their undersigned counsel, hereby file their Notice of a Related Action and state as follows:

☒ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Toby Johnson v. Knight Barry Title, Inc.*, filed on April 11, 2024 in United States District Court, Eastern District of Wisconsin, Case No. 2:24-cv-00406-BHL.

☐ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Pursuant to the Consolidation Order, the Clerk shall: a) Place a copy of the Consolidation Order in the separate file for the action; b) Make an appropriate entry in this Docket.

Dated: April 17, 2024

Respectfully Submitted,

*/s/ Nickolas J. Hagman*
Nickolas J. Hagman
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
nhagman@caffertyclobes.com

Anthony Procaccio
A. PROCACCIO LAW OFFICE, S.C.
1433 N. Water St., Suite 400
Milwaukee, WI 53202
T: (414) 644-0321
anthony@aprolawoffice.com

Kevin Laukaitis
LAUKAITIS LAW LLC
954 Avenida Ponce De León
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

Gary M. Klinger
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiffs the Proposed Class*

## CERTIFICATE OF SERVICE

I, Nickolas J. Hagman, an attorney, hereby certify that on April 17, 2024, service of the foregoing *Notice of a Related Action* was accomplished through the Court's electronic filing system.

*s/ Nickolas J. Hagman*
Nickolas J. Hagman